```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

GONZALO TORIBIO ESTEBAN, JAIME BASURTO DE LA CRUZ, MARCOS OLIVER AGUILAR, VALENTIN APARICIO (A.K.A LUIS CASTILLO), JOSE JUAREZ TIBURCIO, and RAFAEL BASURTO DE LA CRUZ, *individually and on behalf of others similarly situated,*

*Plaintiffs*,

-against-

TAIKAI INC (D/B/A MOMOYA), KWANG HO LEE, and JENNIFER LEE,

*Defendants,*

----------------------------------------------------------------X

Civil Action No. **1:25-cv-01366**

**JUDGMENT**

On July 2, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

That the Plaintiffs, GONZALO TORIBIO ESTEBAN, JAIME BASURTO DE LA CRUZ, MARCOS OLIVER AGUILAR, VALENTIN APARICIO (A.K.A LUIS CASTILLO), JOSE JUAREZ TIBURCIO, and RAFAEL BASURTO DE LA CRUZ, have judgment against TAIKAI INC (D/B/A MOMOYA), KWANG HO LEE, and JENNIFER LEE, jointly and severally, in the amount of Two Hundred and Twenty Thousand Dollars and Zero Cents ($220,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 7, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge